**Opinion issued August 26, 2025**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-25-00217-CV

———————————

## JOHN KYLES AND LELAND PHARMACY, LLC, Appellants

## V.

## ERNEST JUNIOUS, Appellee

---

**On Appeal from the 127th District Court**
**Harris County, Texas**
**Trial Court Case No. 2022-64933**

---

## MEMORANDUM OPINION

Appellants, John Kyles and Leland Pharmacy, LLC, filed a notice of appeal from a March 5, 2025 trial court order. Appellants have neither paid the required fees nor established indigence for purposes of costs. *See* TEX. R. CIV. P. 145; TEX. R. APP. P. 5, 20.1; *see also* TEX. GOV'T CODE ANN. §§ 51.207, 51.208, 51.851(b),

51.941(a); Order, Fees Charged in the Supreme Court, in Civil Cases in the Courts of Appeals, and Before the Judicial Panel on Multi-District Litigation, Misc. Docket No. 15-9158 (Tex. Aug. 28, 2015). On April 16, 2025, appellants were notified that this appeal was subject to dismissal if appellate costs were not paid, or indigence was not established, by May 16, 2025. *See* TEX. R. APP. P. 42.3(b), (c). Appellants did not adequately respond.

Further, appellants have not paid or made arrangements to pay the fee for the preparation of the clerk's record. *See* TEX. R. APP. P. 37.3(b). On May 23, 2025, appellants were notified that this appeal was subject to dismissal if appellants did not submit written evidence that appellants had paid or made arrangements to pay the fee for the preparation of the clerk's record by June 23, 2025. *See* TEX. R. APP. P. 42.3(b), (c). Appellants did not adequately respond.

Accordingly, we dismiss the appeal for nonpayment of all required fees and want of prosecution. *See* TEX. R. APP. P. 5, 42.3(b), (c), 43.2(f). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Guerra, Gunn, and Dokupil.